IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAMELA DRAWSAND,

    Plaintiff,

  v.

CHRISTOPHER CUTONELLI, CHRISTOPHER CHEN, BEVERLY DANIELS-GREENBERG, ALAMEDA COUNTY BOARD OF SUPERVISORS, ALAMEDA COUNTY DISTRICT ATTORNEY'S OFFICE, ALAMEDA COUNTY SHERIFFS' DEPARTMENT, and DOES 1–7,

    Defendants.

No. C 13-00410 WHA

**ORDER DISMISSING ACTION FOR FAILURE TO PROSECUTE**

    By order dated February 20, plaintiff's complaint was dismissed for failure to state a claim on which relief could be granted. Plaintiff was allowed to seek leave to file an amended complaint by March 13. The February order specified that plaintiff must attach a proposed amended complaint to the motion and should clearly explain how the proposed amendments address the defects identified therein. The deadline has come and gone and no motion for leave to amend has been received. Accordingly, the action is hereby **DISMISSED FOR FAILURE TO PROSECUTE**. Judgment will be entered by separate order. The **CLERK** shall close the file.

**IT IS SO ORDERED.**

Dated: March 25, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE